Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

---

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
May 28, 2025

---

Name of Offender: **Rondall Talley**

Case Number: **2:17CR00404**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **January 1, 2019**

Original Offense: **Carjacking; Aiding and Abetting, Interference with Commerce by Robbery; Aiding and Abetting, and Brandishing a Firearm During and in Relation to a Crime of Violence; Aiding and Abetting**

Original Sentence: **108 Months prison, followed by 60 Months TSR.**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware II**

---

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

---

## CAUSE

On January 17, 2019, Mr. Talley was sentenced to 108 months imprisonment followed by 5 years of supervised release for Carjacking; Aiding and Abetting, Interference with Commerce by Robbery; Aiding and Abetting, and Brandishing a Firearm During and in Relation to a Crime of Violence; Aiding and Abetting. Currently, he is still incarcerated within the Bureau of Prisons (BOP) and scheduled to release from custody on September 27, 2025.

On April 23, 2025, BOP notified the probation office that Mr. Talley does not have an approved release plan in the District of Nevada. At this time, he is set to release homeless. After reviewing Mr. Talley's case, the undersigned officer contacted his BOP case manager to review a modification for the Residential Reentry Center (RRC), upon his release from imprisonment. Mr.

RE: Rondall Talley

Prob12B
D/NV Form
Rev. June 2014

Talley agrees with the proposed modification as evidenced by his signature on the attached waiver. If he's able to produce a residence, prior to his release, the probation office can investigate its appropriateness for supervision in lieu of the RRC. Should Your Honor desire an alternative course of action at this time, please contact the undersigned officer at Zachary_warner@nvp.uscourts.gov or 702-378-0704.

Respectfully submitted,

_____
Digitally signed by Zack Warner
Date: 2025.05.28 16:26:03 -07'00'

Zachary Warner
United States Probation Officer

Approved:

_____
Digitally signed by Steve Goldner
Date: 2025.05.28 16:22:29 -07'00'

Steve M Goldner
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

_____
Signature of Judicial Officer

Dated:    6/5/2025