**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONDALL TALLEY,<br>Defendant. | Case No. 2:17-cr-00404-RFB-VCF-1<br>**ORDER** |

**IT IS THEREFORE ORDERED** that the revocation hearing currently scheduled for **August 3, 2026** at 9:15 a.m., be vacated and continued to **September 8, 2026,** at the hour of 11:00 a.m.

**DATED** this 21st day of July, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**